# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

SANDRA BROWN

VERSUS

LOUISIANA STATE BOND
COMMISSION

NO. 2019 CW 1636

**April 22, 2020**

---

In Re:   Sandra Brown, applying for rehearing, 19th Judicial
         District Court, Parish of East Baton Rouge, No. 684449.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT